UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH WEIKES,<br><br>                    *Plaintiff*,<br><br>         v.<br><br>ALLAN WOLK,<br><br>                    *Defendant*. | Civil Action No.  08 CV 02479<br><br>**WITHDRAWAL OF COMPLAINT**<br>**ON STIPULATION** |

Pursuant to a stipulation executed by Nathaniel Burney, counsel for the plaintiff, and by the defendant Allan Wolk, the plaintiff hereby voluntarily withdraws her complaint in the above-captioned action, with prejudice.

Dated:  New York, New York
        March 26, 2008

                                                      Respectfully submitted,

                                                      */s/ Nathaniel E. Burney*
                                                      Nathaniel E. Burney (NB4242)
                                                      Attorney for the Plaintiff
                                                      747 Third Avenue, 32nd Floor
                                                      New York, NY 10017
                                                      (212) 797-2975

Allan Wolk, Esq.
96 Third Street
New City, NY 10956