UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08
```

ELIZABETH WEIKES,

                              Plaintiff,

v.

ALLAN WOLK,

                              Defendant.

Civil Action No. 08 CV 02479 (MGC)

**WITHDRAWAL OF COMPLAINT ON STIPULATION**

      Pursuant to a stipulation executed by Nathaniel Burney, counsel for the plaintiff, and by the defendant Allan Wolk, the plaintiff hereby voluntarily withdraws her complaint in the above-captioned action, with prejudice.

Dated: New York, New York
         March 26, 2008

                                                  Respectfully submitted,

                                                  Nathaniel E. Burney (NB4242)
                                                  Attorney for the Plaintiff
                                                  747 Third Avenue, 32nd Floor
                                                  New York, NY 10017
                                                  (212) 797-2975

Allan Wolk, Esq.
96 Third Street
New City, NY 10956

*So ordered. Case closed.*

*S/ _____*
*United States District Judge*
*4-8-08*